## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Warwick Township Water     :
and Sewer Authority     :
    :
v.     :    No. 1831 C.D. 2016
    :
Warwick Realty Co., L.P.,     :
         Appellant     :

## **O R D E R**

NOW, January 26, 2018, having considered appellant's application for

reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge